THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD J. RICKERT, Appellant, *v.* STATE TAX COMMISSION, Respondent.

*Tax — mortgage tax — supplemental mortgage — exemption from taxation under section 255 of Tax Law.*

*People ex rel. Rickert* v. *State Tax Comm.,* 221 App. Div. 818, reversed.

(Argued October 7, 1927; decided October 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

September 8, 1927, which confirmed on certiorari a determination of the State Tax Commission that certain mortgages were subject to a mortgage tax. Relator claimed exemption under section 255 of the Tax Law providing that mortgages recorded pursuant to a provision or covenant of a recorded primary mortgage and creating no new or further indebtedness or obligation shall be exempt from tax.

*Henry Hetkin* for appellant.

*Albert Ottinger, Attorney-General* (*Henry S. Manley* of counsel), for respondent.

Order of Appellate Division reversed and determination of State Tax Commission annulled, with costs in the Appellate Division and this court, on authority of *People ex rel. N. Y. Title & Mortgage Co.* v. *State Tax Comm.* (220 App. Div. 396; affd., 245 N. Y. 603).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.